IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| PAUL ARTHUR STRICKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:21cv00625 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| CRYSTAL DAVIS, | ) | By: Robert S. Ballou |
| | ) | United States Magistrate Judge |
| Defendant. | ) | |

Plaintiff Paul Arthur Stricklin, a former inmate proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. After filing this action, Stricklin advised the court that he had been released from incarceration. (*See* ECF No. 18.) By order entered April 21, 2022, the court advised Stricklin that because he was no longer an inmate, he would not be allowed to pay the filing fee in installments under the Prison Litigation Reform Act. (*See* ECF No. 19.) The court ordered Stricklin to pay the balance of the filing fee or otherwise respond to the order within ten days. (*Id.*) The court warned Stricklin that failure to pay the filing fee or otherwise respond to the order would result in immediate dismissal of the action without prejudice. (*Id.*) Stricklin did not respond to the court's order. Accordingly, the court will dismiss this action without prejudice for failure to comply.

Enter:  May 10, 2022

/s/ *Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge